UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JODI KATHLEEN
MIRABELLO

VERSUS

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
THE SOCIAL SECURITY
ADMINISTRATION

CIVIL ACTION

NO. 15-845-JWD-RLB

## O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated February 14, 2017, to which an objection was filed:

**IT IS ORDERED** that the decision of the Commissioner is **AFFIRMED** and that Plaintiff's appeal be **DISMISSED with prejudice**.

Signed in Baton Rouge, Louisiana, on March 1, 2017.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**